# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M, et al., | Case No. 1:18-cv-01034-LJO-SAB |
|        Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST TO TERMINATE JAMIL R. GHANNAN FROM SERVICE LIST |
|    v. | |
| COUNTY OF STANISLAUS, et al. | (ECF No. 15) |
|        Defendants. | |

On November 8, 2018, Defendant Stanislaus County filed a notice of association of counsel Curtis E. Jimerson and request to terminate Jamil R. Ghannan from the service list in this case. Accordingly, the Office of the Clerk is HEREBY DIRECTED to terminate attorney Jamil R. Ghannam as attorney of record for Defendant County of Stanislaus.

IT IS SO ORDERED.

Dated: __**November 9, 2018**__

UNITED STATES MAGISTRATE JUDGE