# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01034-LJO-SAB<br><br>ORDER STRIKING PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>(ECF No. 22) |

On August 1, 2018, Plaintiffs filed a complaint in this matter against the County of Stanislaus (Defendant). (ECF No. 1.) After the district judge denied Defendant's motion to dismiss, an answer was filed on November 20, 2018. (ECF No. 17.) On December 21, 2018, the Court held the scheduling conference, and the scheduling order issued on this same date. (ECF Nos. 20, 21.) On January 2, 2019, Plaintiffs filed a first amended complaint. (ECF No. 22.)

The scheduling order states that "[a]ny motions or stipulations requesting leave to amend the pleadings must be filed no later than **March 22, 2019**. The parties are advised that filing motions and/or stipulations requesting leave to amend the pleading does not reflect on the propriety of the amendment or imply good cause to modify the existing schedule, if necessary." (ECF No. 21 at 2.)

Plaintiffs did not file a motion or stipulation requesting leave to amend their complaint. Since Plaintiffs are not entitled to amend their complaint as a matter of course, see Fed. R. Civ.

1

P. 15(a)(1), they are required to file a motion or stipulation requesting leave to amend their complaint, see Fed. R. Civ. P. 15(a)(2).  As Plaintiffs have not been granted leave to file an amended complaint at this time, the first amended complaint will be stricken from the record.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' first amended complaint (ECF No. 22) is stricken from the record.

IT IS SO ORDERED.

Dated: __**January 3, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE