# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., et al., | Case No. 1:18-cv-01034-LJO-SAB |
| Plaintiffs, | ORDER VACATING MARCH 6, 2019 HEARING ON PLAINTIFFS' MOTION TO AMEND COMPLAINT |
| v. | |
| COUNTY OF STANISLAUS, et al., | (ECF Nos. 24, 27) |
| Defendants. | |

Currently before the Court is Plaintiffs' motion to amend the complaint which is set for hearing on March 6, 2019. (ECF Nos. 24, 27.) The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See L.R. 230(g). Accordingly, the previously scheduled hearing set on March 6, 2019 will be vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **March 4, 2019**

UNITED STATES MAGISTRATE JUDGE

1