# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS,<br><br>    Defendant. | Case No. 1:18-cv-01034-LJO-SAB<br><br>ORDER AMENDING SCHEDULING ORDER PURSUANT TO STIPULATION OF PARTIES<br><br>(ECF No. 35) |

This action was filed on August 1, 2018, and the scheduling order issued on December 21, 2018. On October 31, 2019, the parties filed a stipulation to amend the expert disclosure and discovery deadlines. The Court finds good cause exists to amend the deadlines.

Accordingly, IT IS HEREBY ORDERED that the December 21, 2018 scheduling order is amended as follows:

1. The deadline for the mutual disclosure of expert witnesses and exchange of expert reports shall be extended to November 13, 2019;
2. The deadline for mutual disclosure of supplemental expert witnesses and exchange of reports shall be extended to December 11, 2019;
3. The deadline to complete all expert discovery shall be extended to January 17, 2020; and
4. All other aspects of the December 21, 2018 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: __**October 31, 2019**__

                                                  UNITED STATES MAGISTRATE JUDGE