# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., et al., | Case No. 1:18-cv-01034-LJO-SAB |
| Plaintiffs, | ORDER REQUIRING APPOINTMENT OF GUARDIAN AD LITEM |
| v. | TEN DAY DEADLINE |
| COUNTY OF STANISLAUS, | |
| Defendant. | |

Nora Moralos, Yakira Morelos, and J.M., a minor, filed this action on August 1, 2018. The complaint states that Plaintiff J.M. is a minor and is suing by and through his guardian ad litem, Jose Luis Rodriguez. However, upon review of the record, there is no evidence that Jose Luis Rodriguez has been appointed as guardian ad litem for J.M.

The Federal Rules of Civil Procedure provide that "[t]he following representatives may sue or defend on behalf of a minor or an incompetent person: (A) a general guardian; (B) a committee; (C) a conservator; or (D) a like fiduciary." Fed. R. Civ. P. 17(c). Pursuant to the Local Rules of the Eastern District of California, upon commencing this action on behalf of a minor, "the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation

1

of the minor . . . ." L.R. 202(a).

Accordingly, IT IS HEREBY ORDERED that, within **ten (10) days** from the date of entry of this order, Plaintiffs' counsel shall file evidence that the representative has been appointed under state law or a motion for appointment of a guardian ad litem that meets the requirements of Rule 202.

IT IS SO ORDERED.

Dated: **October 31, 2019**

UNITED STATES MAGISTRATE JUDGE