# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, <br><br> Defendant. | Case No. 1:18-cv-01034-LJO-SAB <br><br> ORDER REQUIRING PLAINTIFF J.M. TO SHOW CAUSE IN WRITING WHY HE SHOULD NOT BE DISMISSED AS PLAINTIFF IN THIS ACTION FOR FAILURE TO COMPLY WITH COURT ORDER <br><br> TEN DAY DEADLINE |

Nora Moralos, Yakira Morelos, and J.M., a minor, filed this action on August 1, 2018. Upon review of the complaint in this action, on November 1, 2019, Plaintiff J.M. was ordered to file evidence that he has been appointed a representative under state law or a motion for appointment of a guardian ad litem that meets the requirements of Rule 202 of the Local Rules of the Eastern District of California. Plaintiff J.M. did not file evidence that he has had a representative appointed under state law or a motion for appointment of a guardian ad litem nor has he requested an extension of time to do so.

The Federal Rules of Civil Procedure provide that "[t]he following representatives may sue or defend on behalf of a minor or an incompetent person: (A) a general guardian; (B) a committee; (C) a conservator; or (D) a like fiduciary." Fed. R. Civ. P. 17(c). Pursuant to the Local Rules of the Eastern District of California, upon commencing this action on behalf of a minor, "the attorney representing the minor or incompetent person shall present (1) appropriate

evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor . . . ." L.R. 202(a).

Here, Plaintiff J.M. is a minor and cannot bring this action on his own. The federal and local rules require that he bring this suit by a representative. Plaintiff J.M. has failed to demonstrate that a representative has been appointed by the state court and he has not requested appointment of a guardian ad litem in this court. Therefore, Plaintiff J.M. cannot bring this action.

Accordingly, IT IS HEREBY ORDERED that Plaintiff J.M. shall show cause in writing within **ten (10) days** of the date of service of this order why he should not be dismissed as a plaintiff in this action. Plaintiff J.M. is advised that failure to comply with this order will result in the recommend that he be terminated from this action as he is not competent to proceed and does not have an appointed representative.

IT IS SO ORDERED.

Dated:   **November 13, 2019**

UNITED STATES MAGISTRATE JUDGE