# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., et al., | Case No. 1:18-cv-01034-LJO-SAB |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF No. 40) |
| COUNTY OF STANISLAUS, | |
| Defendant. | |

On August 1, 2018, J.M, a minor; Nora Morelos, and Yakira Morelos (collectively ("Plaintiffs") filed a complaint in this action. Plaintiff J.M. did not petition for appointment of a guardian ad litem or file evidence that a representative had been appointed under state law as required under the local rules, so on November 1, 2019, an order issued requiring Plaintiff J.M. to either move for appointment of a guardian ad litem or show evidence that a representative had been appointed within ten days. Plaintiff J.M. did not respond to the November 1, 2019 order.

On November 13, 2019, an order issued requiring Plaintiff J.M. to show cause why he should not be dismissed from this action for the failure to comply and lack of a representative in this action. This same day, Plaintiffs filed a motion for leave to file an amended complaint. Plaintiffs seek to amend the complaint because J.M. is no longer a minor and they seek to now name him in this action. Based on the motion for leave to amend, the order to show cause shall be discharged.

1

The parties are advised that under the Local Rules they may stipulate to the amendment of the complaint. L.R. 143. Further, counsel are directed to L.R. 101 which defines an electronic signature as "/s/ - name". Accordingly, when filing a document with an electronic signature the name of the individual signing the document should be included after "/s/".

Based on the foregoing, the order to show cause, filed on November 13, 2019, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **November 14, 2019**

UNITED STATES MAGISTRATE JUDGE