UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J.M., et al., | ) | Case No. 1:18-CV-01034-LJO-SAB |
| Plaintiff(s), | ) ) ) | ORDER GRANTING *EX PARTE* APPLICATION TO SHORTEN TIME TO HEAR |
| vs. | ) ) | DEFENDANTS' MOTION TO REOPEN DISCOVERY AND MOTION FOR MENTAL |
| COUNTY OF STANISLAUS, et al. | ) ) | EXAMINATION OF PLAINTIFF JEDIDIAH MORELOS UNDER FRCP 35 |
| Defendant(s). | ) ) | (ECF No. 44) |

On November 25, 2019, Defendants filed an *ex parte* application to shorten time to hear a motion to reopen discovery and motion for an order compelling Plaintiff J.M. to submit to a mental examination. Having considered Defendants' *ex parte* application and the supporting declaration the Court finds good cause to grant the application.

Accordingly, IT IS HERBY ORDERED that:

1. Defendants shall file the motion to reopen discovery and motion for an order requiring Plaintiff Jedidiah Morelos to submit to a mental examination in accordance with FRCP Rule 35 upon receipt of this order;

2. The hearing on Defendants' motion to reopen discovery and Defendants' motion for an order requiring Plaintiff Jedidiah Morelos to submit to a mental examination in accordance with FRCP Rule 35 shall be heard on **December 18, 2019, at 10:00 a.m. in Courtroom 9.**

1

3. Any opposition to the motion shall be filed on or before **December 6, 2019**; and

4. Reply briefs, if any, shall be filed on or before **December 11, 2019**.

IT IS SO ORDERED.

Dated: **November 26, 2019**

_____
UNITED STATES MAGISTRATE JUDGE