# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEDIDIAH MORELOS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF STANISLAUS,<br><br>　　　　Defendant. | Case No. 1:18-cv-01034-LJO-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE MICHAEL VICTORINO AND JONATHAN BLOUNT AS DEFENDANTS IN THIS ACTION<br><br>(ECF No. 57) |

On December 18, 2019, the parties filed a stipulation dismissing Defendants Michael Victorino and Jonathan Blount with prejudice. (ECF No. 57.) In light of the stipulation of the parties, Defendants Michael Victorino and Jonathan Blount shall be terminated as parties in this action, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendants Michael Victorino and Jonathan Blount as parties to this action.

IT IS SO ORDERED.

Dated: __**December 18, 2019**__　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1