# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, <br><br> Defendant. | Case No. 1:18-cv-01034-LJO-SAB <br><br> ORDER REQUIRING PARTIES TO FILE DISPOSITIVE DOCUMENTS <br><br> (ECF No. 68) |

On August 1, 2018, J.M, a minor; Nora Morelos, and Yakira Morelos (collectively ("Plaintiffs") filed a complaint in this action. On February 18, 2020, a settlement conference was conducted by Magistrate Judge Kendall J. Newman during which the parties agreed to settle this action. All pending dates have been vacated and the parties are to file dispositive documents.

Based on the settlement of this action, the parties are HEREBY ORDERED to file dispositional documents within sixty days of February 18, 2020.

IT IS SO ORDERED.

Dated: **February 19, 2020**

UNITED STATES MAGISTRATE JUDGE

1