UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEDIDIAH MORELOS, et al., | Case No. 1:18-cv-01034-NONE-SAB |
| Plaintiffs, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| vs. | |
| COUNTY OF STANISLAUS, et al. | |
| Defendant(s). | (ECF No. 70) |

Jedidiah Morelos (proceeding by his guardian ad litem), Nora Morelos, and Yakira Morelos filed this civil rights action pursuant to 42 U.S.C. §1983 on August 1, 2018. (ECF No. 1.) At the time the complaint was filed, Jedidiah Morelos was seventeen years old. (Id.) He subsequently reached the age of majority and is now proceeding without a guardian ad litem. (ECF NO. 43.) On April 15, 2020, the parties filed a stipulation to dismiss this matter in its entirety with prejudice with each party to bears its own attorney fees and costs. (ECF No. 70.)

In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

/ / /

/ / /

/ / /

1

Accordingly, the Clerk of the Court is HEREBY DIRECTED to assign a district judge to this case for the purpose of closing the case and then to adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **April 15, 2020**

UNITED STATES MAGISTRATE JUDGE